UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MELVIN LEE,<br>         Plaintiff,<br><br>v.<br><br>HARVARD MANAGEMENT CORPORATION,<br>UNITED STATES DEPARTMENT OF EDUCATION, and<br>DAVID MURPHY<br>         Defendants. | Civil Action No.<br>24-CV-11989-AK |

## ORDER

**A. KELLEY, D.J.**

This action is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief can be granted. Plaintiff Melvin Lee's ("Lee") Amended Complaint [Dkt. 8] is subject to screening under 28 U.S.C. § 1915(e)(2)(B) because he is proceeding without prepaying the filing fee. This law allows federal courts to dismiss a case in which a plaintiff seeks to proceed without prepayment of the fee if, among other things, the case is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a party that cannot be sued. See 28 U.S.C. § 1915(e)(2)(B). In conducting this review, the Court examines Lee's Amended Complaint "with some liberality" because he is proceeding *pro se*. Instituto de Educacion Universal Corp. v. U.S. Dept. of Educ., 209 F.3d 18, 23 (1st Cir. 2000) (citing Hughes v. Rowe, 449 U.S. 5, 9 (1980) (per curiam); Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam)).

1

Lee's Amended Complaint fails to state a reasonably pleaded claim. Lee alleges that the defendants have failed to teach "slave law" to correct injustice. While the Court does not doubt Lee's sincere belief in his claims, he has not described a claim that this Court can grant relief for. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to enter an order of dismissal without prejudice.

**SO ORDERED.**

Dated: December 4, 2024                         */s/ Angel Kelley*
                                                Hon. Angel Kelley
                                                United States District Judge