UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELVIN LEE,<br>　　　　Plaintiff,<br><br>　　v.<br><br>HARVARD MANAGEMENT CORPORATION,<br>UNITED STATES DEPARTMENT OF EDUCATION, and<br>DAVID MURPHY<br>　　　　Defendants. | Civil Action No.<br>24-CV-11989-AK |

## ORDER OF DISMISSAL

**A. KELLEY, D.J.**

In accordance with the Court's Order dated December 4, 2024 [Dkt. No. 12], it is hereby

**ORDERED** that the above-entitled action be **DISMISSED**.

Dated: December 4, 2024

By the Court,

/s/ Miguel Lara
Deputy Clerk

1